**John R. WELLS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51556.**

Missouri Court of Appeals,
Western District.

April 30, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 28, 1996.

Application to Transfer Denied
Aug. 20, 1996.

Jarrett A. Johnson, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for Respondent.

Before FENNER, C.J., P.J., and SPINDEN and ELLIS, JJ.

**ORDER**

PER CURIAM.

Appeal from dismissal of Rule 29.15 motion without evidentiary hearing.

Judgment affirmed. Rule 84.16(b).